UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MATTHEW RYAN BLAIN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   No. CIV-25-455-R |
| | ) |
| DAVID ROGERS, | ) |
| | ) |
| Respondent. | ) |

# ORDER

Petitioner Matthew Ryan Blain, a prisoner proceeding *pro se*, filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 [Doc. No. 1]. The matter was referred to United States Magistrate Judge Amanda L. Maxfield in accordance with 28 U.S.C. § 636(b)(1)(B) and (C) [Doc. No. 3]. Judge Maxfield issued a Report and Recommendation [Doc. No. 5] recommending dismissal without prejudice for failure to comply with the Court's order to pay the filing fee or apply to proceed *in forma pauperis*.

Judge Maxfield informed Petitioner of his right to object to the Report and Recommendation, and advised him that failure to object by June 9, 2025, would result in waiver of the right to appellate review of the factual and legal questions contained therein. *Id*. at p. 3.

To date, neither an objection nor a request for an extension of time to object to the Report and Recommendation has been filed. With no objection filed within the time prescribed, and on de novo review, the Court ADOPTS the Report and Recommendation in its entirety. Accordingly, Petitioner's Petition is DISMISSED without prejudice.

1

IT IS SO ORDERED this 25th day of June, 2025.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE